SUSAN S. DAVIS (STATE BAR NO. 125854)
sdavis@coxcastle.com
COX, CASTLE & NICHOLSON LLP
2049 Century Park East
28th Floor
Los Angeles, CA 90067-3284
Telephone: (310) 277-4222
Facsimile: (310) 277-7889

Attorneys for Appellant
GINGER ROOT OFFICE ASSOCIATES, LLC

FILED
JUL -2 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

CV09-05045 GW

2009 JUL 14 AM 10:41 FILED

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ADVANCED PACKAGING & PRODUCTS COMPANY,<br><br>    Debtor, | Case No. ND 08-11392-RR<br><br>CHAPTER 7<br><br>ADV. NO. 09-01021<br><br>**NOTICE OF APPEAL FROM SUMMARY JUDGMENT** |
| DAVID Y. FARMER, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>    vs.<br><br>GINGER ROOT OFFICE ASSOCIATES, LLC,<br><br>    Defendant. | |

Appellant Ginger Root Office Associates, LLC appeals under 28 U.S.C. § 158(a) from the judgment entered in the above-referenced adversary action case on June 26, 2009, entitled "Summary Judgment." A copy of the entered judgment appealed from is attached hereto as Exhibit "1".

The names of all parties to the judgment, order or decree appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

COUNSEL FOR APPELLANT GINGER ROOT OFFICE ASSOCIATES, LLC:

Susan S. Davis, Esq.
Cox, Castle & Nicholson LLP
2049 Century Park East, 28th Floor
Los Angeles, California 90067
Telephone Number: (310) 277-4222

COUNSEL FOR RESPONDENT DAVID Y. FARMER, CHAPTER 7 TRUSTEE:

James G. Gura, Esq.
Michaelson, Susi & Michaelson
Seven West Figueroa Street, Second Floor
Santa Barbara, CA 93101-3191

If the Bankruptcy Appellate Panel is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

DATED: July _1_, 2009

Respectfully submitted,

COX, CASTLE & NICHOLSON LLP

By: _/s/ Susan Davis_
Attorneys for Appellant Ginger Root Office Associates, LLC

Attorney Name: Susan S. Davis
Address: 2049 Century Park East, 28th Floor
Los Angeles, CA 90067
Telephone No.: (310) 277-4222

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
LOS ANGELES, CA

58611\1402601v1

- 2 -

NOTICE OF APPEAL FROM SUMMARY JUDGMENT

# EXHIBIT 1

ORIGINAL

MICHAELSON, SUSI & MICHAELSON
A Professional Corporation
ATTORNEYS AT LAW
SEVEN WEST FIGUEROA STREET, SECOND FLOOR
SANTA BARBARA, CALIFORNIA 93101-3191
Telephone: (805) 965-1011
Facsimile: (805) 965-7351

Jonathan G. Gura, Bar No. 214240

(SPACE BELOW FOR FILING STAMP ONLY)

FILED
JUN 26 2009
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

Attorneys for Chapter 7 Trustee, David Y. Farmer

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>ADVANCED PACKAGING & PRODUCTS COMPANY,<br><br>   Debtor.<br><br>_____<br><br>DAVID Y. FARMER, Chapter 7 Trustee,<br><br>   Plaintiff,<br><br>vs.<br><br>GINGER ROOT OFFICE ASSOCIATES, LLC,<br><br>   Defendant. | BK No. ND 08-11392-RR<br><br>Chapter 7<br><br>ADV. NO. 09-01021<br><br>SUMMARY JUDGMENT<br><br>Date:  June 26, 2009<br>Time:  10:00 a.m.<br>Place: 1415 State Street<br>       Courtroom 201<br>       Santa Barbara, CA |



FILED
JUN 26 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk



ENTERED
6-26-2009
JUN 26 2009

-1-

1  Judgment is hereby entered in favor of Plaintiff, David Y.
2  Farmer (the "Trustee"), chapter 7 trustee of debtor Advanced
3  Packaging & Products Company ("APP"), and against Defendant
4  Ginger Root Office Associates, LLC ("Ginger Root") on the claim
5  for relief in the Trustee's complaint filed in this matter as
6  follows:

7  Ginger Root's alter ego claims asserted against PJH
8  Brands, Inc., an Arizona corporation, PJH Brands, a Nevada
9  corporation, and Stephen Renshaw in Ginger Root's First Amended
10 Cross-Complaint in L.A. County Superior Court Case No.
11 YC052715, and Ginger Root's alter ego claims asserted against
12 PJH Brands, Inc., an Arizona corporation in Ginger Root's
13 complaint in United States District Court for the Central
14 District of California Case No. CV07-05568 MMM(CTx), are assets
15 of APP's bankruptcy estate pursuant to 11 U.S.C. §541.

16 Dated: June 26, 2009

_____
ROBIN L. RIBLET
UNITED STATES BANKRUPTCY JUDGE

| In re: Advanced Packaging & Products Company, Debtor(s). | CHAPTER 7 CASE NUMBER ND 05-50026-RR |
|---|---|

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.
4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) SUMMARY JUDGMENT was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of June 26, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Susan S Davis    sdavis@coxcastle.com
- Franklyn S Michaelson    kim@msmlaw.com
- Joseph M. Sholder    joe@msmlaw.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1