**DEFER**

## U.S. Bankruptcy Court
## Central District Of California (Santa Barbara)
### Bankruptcy Petition #: 9:08-bk-11392-RR

**CV 09-05045 GW**  Date filed: 06/18/2008

*Assigned to:* Robin Riblet
Chapter 7
Voluntary
Asset

*Debtor*
**Advanced Packaging & Products Company**
107 Figueroa St.
Ventura, CA 93001
Tax ID / EIN: 95-4206923

represented by **Christine Renshaw**
Renshaw & Associates A Prof Law Corp
107 Figueroa St Ste 600
Ventura, CA 93001
805-643-1529
Email: carenshaw@renshawlegal.com

**David Joel Follin**
950 County Sq Dr
Ste 202
Ventura, CA 93003
805-658-8691
Email: legalstaff1@hotmail.com

*Trustee*
**David Farmer**
P.O. Box 1443
San Luis Obispo, CA 93406
(805) 541-5390

represented by **Franklyn S Michaelson**
7 W Figueroa Street 2nd Fl
Santa Barbara, CA 93101-3191
805-965-1011
Email: kim@msmlaw.com

**Joseph M. Sholder**
Michaelson, Susi & Michaelson
7 W Figueroa Steet, 2nd Floor
Santa Barbara, CA 93101-3191
805-965-1011
Fax : (805) 965-7351
Email: joe@msmlaw.com

*U.S. Trustee*
**United States Trustee (ND)**
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

| Filing Date | # | Docket Text |
|---|---|---|
|  |  |  |

| | | |
|---|---|---|
| 06/18/2008 | 1 | Chapter 7 Voluntary Petition . Fee Amount $299 Filed by Advanced Packaging & Products Company Statement of Intent due 7/18/2008. Section 316 Incomplete Filings due by 8/4/2008. Schedule A due 7/3/2008. Schedule B due 7/3/2008. Schedule C due 7/3/2008. Schedule D due 7/3/2008. Schedule E due 7/3/2008. Schedule F due 7/3/2008. Schedule G due 7/3/2008. Schedule H due 7/3/2008. Schedule I due 7/3/2008. Schedule J due 7/3/2008. Statement of Financial Affairs due 7/3/2008. Statement - Form 22A Due: 7/3/2008. Summary of schedules due 7/3/2008. Declaration concerning debtors schedules due 7/3/2008. Statistical Summary due 7/3/2008. Exhibit D due 7/3/2008. Corporate Ownership Statement due by 7/3/2008. Employee Income Record due by 7/3/2008. Incomplete Filings due by 7/3/2008. (Follin, David) CORRECTION: Petition also missing Corporate Resolution Authorizing Filing of Petition due 7/3/2008.Modified on 6/19/2008 (Alexander, Rori). (Entered: 06/18/2008) |
| 06/18/2008 | | Receipt of Voluntary Petition (Chapter 7)(9:08-bk-11392) [misc,volp7] ( 299.00) Filing Fee. Receipt number 5176292. Fee amount 299.00. (U.S. Treasury) (Entered: 06/18/2008) |
| 06/18/2008 | 2 | Meeting of Creditors with 341(a) meeting to be held on 07/28/2008 at 01:30 PM at 128 E Carrillo St., Santa Barbara, CA 93101. (Follin, David) (Entered: 06/18/2008) |
| 06/21/2008 | 3 | BNC Certificate of Service (RE: related document(s) 2 , Meeting (AutoAssign Chapter 7b)) No. of Notices: 89. Service Date 06/21/2008. (Admin.) (Entered: 06/21/2008) |
| 07/03/2008 | 4 | Corporate Ownership Statement, Corporate resolution authorizing filing of petitions , Summary of Schedules , Schedule A , Schedule B , Schedule D , Schedule E , Schedule F , Schedule G , Schedule H , Statement of Financial Affairs , Declaration concerning debtor's schedules Filed by Debtor Advanced Packaging & Products Company (RE: related document(s) 1 , Voluntary Petition (Chapter 7)). (Follin, David) (Entered: 07/03/2008) |
| 07/17/2008 | 5 | Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: *Federal and State Court Actions*. Fee Amount $150, Filed by Creditor Ginger Root Office Associates LLC (Attachments: # 1 Exhibit Continuation of Ex. 1# 2 Exhibit Points and Authorities# 3 Exhibit Preston W. Brooks Declaration# 4 Exhibit PWB Decl. Ex. 2# 5 Exhibit PWB Decl. Exs. 3 and 4# 6 Exhibit PWB Decl. Exs. 5-9# 7 Exhibit PWB Decl. Exs. 10 - 16# 8 Exhibit PWB Decl. Exs. 17 - 25# 9 Exhibit PWB Decl. Exs. 26-29# 10 Exhibit PWB Decl. Exs. 30 - 33# 11 Exhibit PWB Decl. Ex. 34a# 12 Exhibit PWB Decl. Ex. 34b - 35a# 13 Exhibit PWB Decl. Ex. 35b# 14 Exhibit Exs. 35c - 36# 15 Exhibit PWB Decl. Exs. 37-39# 16 Exhibit Jamie R. Jost Decl.# 17 Exhibit JRJ Decl. Exs. 1b - 3# 18 Exhibit JRJ Decl. Exs. 4 - 8# 19 Exhibit JRJ Decl. Exs. 9 - 14# 20 Exhibit Proof of Service) (Davis, Susan) (Entered: 07/17/2008) |

| | | |
|---|---|---|
| 07/17/2008 | | Receipt of Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM(9:08-bk-11392-RR) [motion,nman] ( 150.00) Filing Fee. Receipt number 5401285. Fee amount 150.00. (U.S. Treasury) (Entered: 07/17/2008) |
| 07/21/2008 | | Hearing Set (RE: related document(s) 5 , Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Ginger Root Office Associates LLC) Hearing to be held on 8/14/2008 , at 10:30 AM Crtrm 201, 1415 State St., Santa Barbara, CA 93101 (McNabb, Jim) (Entered: 07/21/2008) |
| 07/29/2008 | 6 | 341 Meeting of Creditors scheduled on 07/28/2008. Meeting continued to 09/08/2008 at 01:30 PM at 128 E Carrillo St., Santa Barbara, CA 93101. Notes: Documents (Farmer, David) (Entered: 07/29/2008) |
| 07/29/2008 | 7 | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee David Farmer (RE: related document(s) 6 , Continuance of Meeting of Creditors). (Farmer, David) (Entered: 07/29/2008) |
| 07/30/2008 | 8 | Notice *of Association of Counsel for Debtor for the Purpose of Responding to Notice of Motion for Relief From the Automatic Stay Filed by Ginger Root Associates LLC* Filed by Debtor Advanced Packaging & Products Company. (Follin, David) (Entered: 07/30/2008) |
| 07/31/2008 | 9 | Request for special notice Filed by Creditor Maple Avenue Carson Holdings . (Chackel, Danielle) (Entered: 07/31/2008) |
| 07/31/2008 | 10 | Response to (related document(s): 5 Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: *Federal and State Court Actions*. Fee Amount $150, filed by Creditor Ginger Root Office Associates LLC) *with proof of Service* Filed by Debtor Advanced Packaging & Products Company (Follin, David) (Entered: 07/31/2008) |
| 08/01/2008 | 11 | Response to motion for order to terminate, annul, modify or condition the automatic stay and declaration(s) in support (related document(s): 5 Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: *Federal and State Court Actions* . Fee Amount $150, filed by Creditor Ginger Root Office Associates LLC) Filed by Debtor Advanced Packaging & Products Company (Davis, Cheri) (Entered: 08/01/2008) |
| 08/07/2008 | 12 | Reply to (related document(s): 5 Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: *Federal and State Court Actions*. Fee Amount $150, filed by Creditor Ginger Root Office Associates LLC) *with supporting declaration and proof of service* Filed by Creditor Ginger Root Office Associates LLC (Davis, Susan) (Entered: 08/07/2008) |

| | | |
|---|---|---|
| 08/11/2008 | 13 | Amended Schedule D *with Proof of Service* Filed by Debtor Advanced Packaging & Products Company. (Follin, David) (Entered: 08/11/2008) |
| 08/11/2008 | | Receipt of Schedule D - Creditors Holding Secured Claims(9:08-bk-11392-RR) [misc,schd] ( 26.00) Filing Fee. Receipt number 5598326. Fee amount 26.00. (U.S. Treasury) (Entered: 08/11/2008) |
| 08/11/2008 | 14 | Schedule F *(Amended) with Proof of Service* Filed by Debtor Advanced Packaging & Products Company. (Follin, David) (Entered: 08/11/2008) |
| 08/14/2008 | 15 | Amended Schedule B *With Proof of Service*, Summary of Schedules *With Proof of Service* Filed by Debtor Advanced Packaging & Products Company. (Follin, David) (Entered: 08/14/2008) |
| 08/14/2008 | | Hearing Held - granted (RE: related document(s) 5 , Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Ginger Root Office Associates LLC) (Davis, Cheri) (Entered: 08/15/2008) |
| 08/18/2008 | | Receipt of Tape Duplication Fee - $26.00 by 09. Receipt Number 10016381. (admin) (Entered: 08/19/2008) |
| 08/26/2008 | 16 | Ex parte application for relief from stay under 11 U.S.C. Section 362, filed by Creditor PJH Brands , a Nevada Corporation (McNabb, Jim) (Entered: 08/27/2008) |
| 09/05/2008 | 17 | Notice of Assets filed by trustee and court's notice of possible dividend (BNC) Filed by Trustee David Farmer. Proofs of Claims due by 12/4/2008. Government Proof of Claim due by 3/4/2009. (Farmer, David) (Entered: 09/05/2008) |
| 09/05/2008 | 20 | Order Granting motion for relief from automatic stay ACTION IN NON-BANKRUPTCY FORUM (BNC-PDF) (Related Doc # 5 ) Signed on 9/5/2008, and notice of entry . (McNabb, Jim) (Entered: 09/09/2008) |
| 09/07/2008 | 18 | BNC Certificate of Service (RE: related document(s) 17 , Notice of Assets filed by trustee and court's notice of possible dividend (BNC) filed by Trustee David Farmer) No. of Notices: 96. Service Date 09/07/2008. (Admin.) (Entered: 09/07/2008) |
| 09/09/2008 | 19 | Notice of Appearance and Request for Notice by Lawrence J Hilton Filed by Creditor E. T. HORN. (Hilton, Lawrence) (Entered: 09/09/2008) |
| 09/09/2008 | | Hearing Held RE motion 5 , off calendar (Rust, Kam) (Entered: 09/09/2008) |
| | | BNC Certificate of Service - PDF Document. (RE: related document(s) 20 , Motion for relief from automatic stay ACTION IN NON-BANKRUPTCY FORUM (BNC-PDF)) No. of Notices: 11. Service Date |

| | | |
|---|---|---|
| 09/11/2008 | [21](#) | 09/11/2008. (Admin.) (Entered: 09/12/2008) |
| 09/12/2008 | [22](#) | Application to Employ Michaelson, Susi & Michaelson as Counsel - *Application of Chapter 7 Trustee to Employ Counsel Nunc Pro Tunc to September 3, 2008; Declaration of Joseph M. Sholder, with Declaration of Service,* Filed by Trustee David Farmer (Sholder, Joseph) (Entered: 09/12/2008) |
| 09/12/2008 | [23](#) | Notice of motion/application - *Notice of Application of Chapter 7* Filed by Trustee David Farmer (RE: related document(s) [22](#) Application to Employ Michaelson, Susi & Michaelson as Counsel - *Application of Chapter 7 Trustee to Employ Counsel Nunc Pro Tunc to September 3, 2008; Declaration of Joseph M. Sholder, with Declaration of Service,* Filed by Trustee David Farmer (Sholder, Joseph)). (Sholder, Joseph) (Entered: 09/12/2008) |
| 09/17/2008 | | Meeting of Creditors Held on 09/08/2008. Notes: Possible Asset (Farmer, David) (Entered: 09/17/2008) |
| 09/29/2008 | [24](#) | Declaration of Joseph Sholder, re non-opposition to application of Chapter 7 trustee to employ counsel nunc pro tunc to 9/3/2008, Filed by Trustee David Farmer (RE: related document(s) [22](#) , Application to Employ Counsel, filed by Trustee David Farmer) (McNabb, Jim) (Entered: 09/30/2008) |
| 10/02/2008 | [25](#) | Order granting trustee's application, re employment of Michaelson, Susi and Michaelson/Joseph M Sholder as counsel, Signed on 10/2/2008 (RE: related document(s) [22](#) , Application to Employ filed by Trustee David Farmer). (McNabb, Jim) (Entered: 10/02/2008) |
| 11/06/2008 | [26](#) | Transcript filed unredacted, for hearing date(s): August 14, 2008 [ORDER NO. 08-KT-35] (Cetulio, Julie) (Entered: 11/06/2008) |
| 01/23/2009 | [32](#) | ORDER NOT SIGNED -- (RE: related document(s) [5](#) , Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Ginger Root Office Associates LLC, [20](#) , (McNabb, Jim) (Entered: 02/10/2009) |
| 02/03/2009 | [27](#) | Adversary case 9:09-ap-01021. Complaint by DAVID Y FARMER against Ginger Root Office Associates LLC. (Charge To Estate). *Complaint for Declaratory Relief* - Nature of Suit: (91 (Declaratory judgment)) (Sholder, Joseph) (Entered: 02/03/2009) |
| 02/04/2009 | [28](#) | Stipulation By David Farmer and *HFT Leasing LLC - Stipulation Re Claim No. 20 of HFT Leasing, with Declaration of Service,* Filed by Trustee David Farmer (Sholder, Joseph) (Entered: 02/04/2009) |
| | | Stipulation By David Farmer and *the State Board of Equalization - Stipulation Re Claim No. 11 of the State Board of Equalization, with Declaration of Service,* Filed by Trustee David Farmer (Sholder, Joseph) |

| | | |
|---|---|---|
| 02/04/2009 | <u>29</u> | (Entered: 02/04/2009) |
| 02/05/2009 | <u>30</u> | Motion For Sale of Property under Section 363(b) - *Motion for Authority to Enter into Asset Purchase Agreement with PJH Brands, Inc., a Nevada Corporation; Declaration of David Y. Farmer, with proof of service,* Filed by Trustee David Farmer (Sholder, Joseph) (Entered: 02/05/2009) |
| 02/05/2009 | <u>31</u> | Notice of motion/application - *Notice of Motion for Authority to Enter into Asset Purchase Agreement with PJH Brands, Inc., a Nevada Corporation, with proof of service,* Filed by Trustee David Farmer (RE: related document(s) <u>30</u> Motion For Sale of Property under Section 363 (b) - *Motion for Authority to Enter into Asset Purchase Agreement with PJH Brands, Inc., a Nevada Corporation; Declaration of David Y. Farmer, with proof of service,* Filed by Trustee David Farmer (Sholder, Joseph)). (Sholder, Joseph) (Entered: 02/05/2009) |
| 02/05/2009 | <u>33</u> | Order approving stipulation, re claim no. 11 of the State Board of Equalization, Signed on 2/5/2009 , and service list for entered order (RE: related document(s) <u>29</u> , Stipulation filed by Trustee David Farmer). (McNabb, Jim) (Entered: 02/10/2009) |
| 02/05/2009 | <u>34</u> | Order appoving stipulation re claim no. 20 of HFT Leasing, Signed on 2/5/2009 , and service list for entered order (RE: related document(s) <u>28</u> ) (McNabb, Jim) (Entered: 02/10/2009) |
| 02/12/2009 | <u>35</u> | Application to Employ M. Kathleen Klein as Accountant *Trustee's Application for Authority to Employ Certified Public Accountant and Declaration of M. Kathleen Klein with Proof of Service* Filed by Trustee David Farmer (Farmer, David) (Entered: 02/12/2009) |
| 02/12/2009 | <u>36</u> | Notice of motion/application *Notice of Trustee's Application to Employ Certified Public Accountant M. Kathleen Klein with Proof of Service* Filed by Trustee David Farmer (RE: related document(s) <u>35</u> Application to Employ M. Kathleen Klein as Accountant *Trustee's Application for Authority to Employ Certified Public Accountant and Declaration of M. Kathleen Klein with Proof of Service* Filed by Trustee David Farmer (Farmer, David)). (Farmer, David) (Entered: 02/12/2009) |
| 02/13/2009 | <u>37</u> | Opposition to (related document(s): <u>30</u> Motion For Sale of Property under Section 363(b) - *Motion for Authority to Enter into Asset Purchase Agreement with PJH Brands, Inc., a Nevada Corporation; Declaration of David Y. Farmer, with proof of service,* filed by Trustee David Farmer) *with proof of service* Filed by Creditor Ginger Root Office Associates LLC (Davis, Susan) (Entered: 02/13/2009) |
| 02/17/2009 | | Hearing Set (RE: related document(s) <u>30</u> , Motion to Sale of Property under Section 363(b) filed by Trustee David Farmer) Hearing to be held on 3/3/2009 at 10:00 AM Crtrm 201, 1415 State St., Santa Barbara, CA 93101 (McNabb, Jim) (Entered: 02/17/2009) |

| | | |
|---|---|---|
| 02/20/2009 | | Hearing Set (RE: related document(s) 30 , Motion to Sale of Property under Section 363(b) filed by Trustee David Farmer) Hearing to be held on 3/3/2009 at 10:00 AM Crtrm 201, 1415 State St., Santa Barbara, CA 93101 (McNabb, Jim) (Entered: 02/20/2009) |
| 02/23/2009 | 38 | Reply to (related document(s): 30 Motion For Sale of Property under Section 363(b) - *Motion for Authority to Enter into Asset Purchase Agreement with PJH Brands, Inc., a Nevada Corporation; Declaration of David Y. Farmer, with proof of service,* filed by Trustee David Farmer) - *Chapter 7 Trustee David Y. Farmer's Reply Memorandum of Points and Authorities in Support of Motion for Authority to Enter into Asset Purchase Agreement with PJH Brands, Inc., a Nevada Corporation; Declaration of Joseph M. Sholder, with proof of service,* Filed by Trustee David Farmer (Sholder, Joseph) (Entered: 02/23/2009) |
| 03/03/2009 | 39 | Declaration re: non opposition *Declaration re: Entry of Order Without Hearing Pursuant to Local Bankruptcy Rule 9013-1(g) with Proof of Service* Filed by Trustee David Farmer (RE: related document(s) 35 Application to Employ M. Kathleen Klein as Accountant *Trustee's Application for Authority to Employ Certified Public Accountant and Declaration of M. Kathleen Klein with Proof of Service*). (Farmer, David) (Entered: 03/03/2009) |
| 03/03/2009 | 40 | Order approving motion for authority to enter into asset purchase agreement with PJH Brands, Inc, a Nevada Corporation, Signed on 3/3/2009 , and service list for entered order(RE: related document(s) 30 ) (McNabb, Jim) (Entered: 03/03/2009) |
| 03/03/2009 | | Hearing Held RE: Motion 30 , , granted , signed on bench (Rust, Kam) (Entered: 03/03/2009) |
| 03/06/2009 | 41 | Order authorizing employment of accountant M Kathleen Klein, granting trustee's motion, Signed on 3/6/2009 , and service list for entered order, (RE: related document(s) 35 Application to Employ filed by Trustee David Farmer). (McNabb, Jim) (Entered: 03/09/2009) |
| 05/08/2009 | 42 | Substitution of attorney *(with Proof of Service)* Filed by Trustee David Farmer. (Michaelson, Franklyn) (Entered: 05/08/2009) |
| 06/26/2009 | | Disposition of Adversary 9:09-ap-1021 Judgment For Plaintiff -- Plaintiff's summary judgment motion granted (McNabb, Jim) (Entered: 06/26/2009) |
| 07/02/2009 | 43 | Motion For Sale of Property under Section 363(b) *(Motion for Order Approving the Sale of Assets to FJH Brands, Inc., a Nevada Corporation; Declaration of David Y. Farmer) (with Proof of Service)* Filed by Trustee David Farmer (Michaelson, Franklyn) (Entered: 07/02/2009) |
| | | Notice of motion/application *for Order Approving the Sale of Assets to* |

| | | |
|---|---|---|
| 07/02/2009 | [44](#) | *PJH Brands, Inc., a Nevada Corporation (with Proof of Service)* Filed by Trustee David Farmer (RE: related document(s) [43](#) Motion For Sale of Property under Section 363). (Michaelson, Franklyn) (Entered: 07/02/2009) |
| 07/02/2009 | [45](#) | Notice of sale of estate property (LBR 6004-2) Claims and rights to recover Filed by Trustee David Farmer. (Michaelson, Franklyn) (Entered: 07/02/2009) |
| 07/10/2009 | | Hearing Set (RE: related document(s) [43](#) Motion to Sale of Property under Section 363(b) filed by Trustee David Farmer) The Hearing date is set for 7/28/2009 at 10:00 AM at Crtrm 201, 1415 State St., Santa Barbara, CA 93101. The case judge is Robin Riblet (McNabb, Jim) (Entered: 07/10/2009) |
| 07/14/2009 | [46](#) | Opposition to (related document(s): [43](#) Motion For Sale of Property under Section 363(b) *(Motion for Order Approving the Sale of Assets to FJH Brands, Inc., a Nevada Corporation; Declaration of David Y. Farmer) (with Proof of Service)* filed by Trustee David Farmer) *OPPOSITION TO MOTION FOR ORDER APPROVING THE SALE OF ASSETS TO PJH BRANDS, INC., A NEVADA CORPORATION* Filed by Creditor Ginger Root Office Associates LLC (Davis, Susan) (Entered: 07/14/2009) |
| 07/14/2009 | [47](#) | Request for judicial notice *REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION FOR ORDER APPROVING THE SALE OF ASSETS TO PJH BRANDS, INC., A NEVADA CORPORATION* Filed by Creditor Ginger Root Office Associates LLC (RE: related document(s) [43](#) Motion For Sale of Property under Section 363(b) *(Motion for Order Approving the Sale of Assets to FJH Brands, Inc., a Nevada Corporation; Declaration of David Y. Farmer) (with Proof of Service)*). (Davis, Susan) (Entered: 07/14/2009) |