```
SUSAN S. DAVIS (STATE BAR NO. 125854)
sdavis@coxcastle.com
COX, CASTLE & NICHOLSON LLP
2049 Century Park East
28th Floor
Los Angeles, CA 90067-3284
Telephone: (310) 277-4222
Facsimile: (310) 277-7889

Attorneys for Appellant
GINGER ROOT OFFICE ASSOCIATES, LLC
```



FILED
JUL -2 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

2009 JUL 14  AM 10: 55   FILED

CV09-05045 GW

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re

ADVANCED PACKAGING & PRODUCTS COMPANY,

    Debtor,

---

DAVID Y. FARMER, Chapter 7 Trustee,

    Plaintiff,

vs.

GINGER ROOT OFFICE ASSOCIATES, LLC,

    Defendant.

Case No. ND 08-11392-RR

CHAPTER 7

ADV. NO. 09-01021

**STATEMENT OF ELECTION TO HAVE APPEAL TRANSFERRED TO AND HEARD BY THE UNITED STATES DISTRICT COURT PURSUANT TO 28 U.S.C. § 158(c) RE NOTICE OF APPEAL FROM SUMMARY JUDGMENT**

    Appellant Ginger Root Office Associates, LLC ("Appellant"), in connection with Appellant's appeal from the United States Bankruptcy Court's Summary Judgment (the "Judgment"), which Judgment was entered by the Bankruptcy Court in the above-referenced adversary action

/ / /

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
LOS ANGELES, CA

58611\1402264v1

- 1 -

STATEMENT OF ELECTION TO HAVE
APPEAL TRANSFERRED, ETC.

on June 26, 2009, hereby states its election to have the appeal from the Judgment transferred to and heard by the United States District Court for the Central District of California, pursuant to 28 U.S.C. §158(c)(1).

DATED: July ___, 2009

SUSAN S. DAVIS, ESQ.
COX, CASTLE & NICHOLSON LLP

By: _____
Susan S. Davis, Esq.
Attorneys for Appellant Ginger Root Office Associates, LLC

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
LOS ANGELES, CA

58611\1402264v1

- 2 -

STATEMENT OF ELECTION TO HAVE APPEAL TRANSFERRED, ETC.