1  SUSAN S. DAVIS (STATE BAR NO. 125854)
   sdavis@coxcastle.com
2  COX, CASTLE & NICHOLSON LLP
   2049 Century Park East
3  28th Floor
   Los Angeles, CA  90067-3284
4  Telephone:  (310) 277-4222
   Facsimile:  (310) 277-7889
5
   Attorneys for Appellant
6  GINGER ROOT OFFICE ASSOCIATES, LLC

7

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11  In re                                    District Court Case No:  CV09-5045 GW

12  ADVANCED PACKAGING & PRODUCTS            Bankruptcy Court Case No.:
    COMPANY,                                 ND 08-11392-RR
13
                     Debtor.                 CHAPTER 7
14
                                             ADV. NO. 09-01021
15
                                             SUBMISSION OF TWO COPIES OF
16                                           JUDGMENT ON APPEAL

17

18  GINGER ROOT OFFICE ASSOCIATES, LLC,

19              Appellant,

20        vs.

21  DAVID Y. FARMER, Chapter 7 Trustee,

22
                Appellee.
23

24

25        Pursuant to the Court's Notice Regarding Appeal from Bankruptcy Court, Appellant

26  Gnger Root Office Associates, LLC hereby submits two (2) copies of the judgment entered in the

27  / / /

28  / / /

1   above-referenced adversary action case on June 26, 2009, entitled "Summary Judgment," hereto as

2   Exhibit "1."

3

4   DATED:  July _16_, 2009         Respectfully submitted,

5                             COX, CASTLE & NICHOLSON LLP

6

7                             By: _____

8                                Susan S. Davis
                                 Attorneys for Appellant GINGER ROOT OFFICE

9                                 ASSOCIATES, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
LOS ANGELES, CA

58611\1404745v1                             - 2 -                                SUBMISSION OF TWO COPIES OF
JUDGMENT ON APPEAL

**EXHIBIIT 1**

# ORIGINAL

<table>
<tr><td>1</td><td colspan="2">MICHAELSON, SUSI & MICHAELSON</td></tr>
</table>

1

**MICHAELSON, SUSI & MICHAELSON**
A Professional Corporation
ATTORNEYS AT LAW
SEVEN WEST FIGUEROA STREET, SECOND FLOOR
SANTA BARBARA, CALIFORNIA 93101-3191
Telephone: (805) 965-1011
Facsimile: (805) 965-7351

Jonathan G. Gura, Bar No. 214240

Attorneys for Chapter 7 Trustee, David Y. Farmer

(SPACE BELOW FOR FILING STAMP ONLY)



## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| | |
|---|---|
| In re | ) BK No. ND 08-11392-RR |
| | ) |
| ADVANCED PACKAGING & PRODUCTS COMPANY, | ) Chapter 7 |
| | ) ADV. NO. 09-01021 |
| Debtor. | ) |
| | ) SUMMARY JUDGMENT |
| | ) |
| DAVID Y. FARMER, Chapter 7 Trustee, | ) Date: June 26, 2009 |
| | ) Time: 10:00 a.m. |
| | ) Place: 1415 State Street |
| Plaintiff, | ) Courtroom 201 |
| | ) Santa Barbara, CA |
| vs. | ) |
| | ) |
| GINGER ROOT OFFICE ASSOCIATES, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |





- 1 -

1    Judgment is hereby entered in favor of Plaintiff, David Y.

2    Farmer (the "Trustee"), chapter 7 trustee of debtor Advanced

3    Packaging & Products Company ("APP"), and against Defendant

4    Ginger Root Office Associates, LLC ("Ginger Root") on the claim

5    for relief in the Trustee's complaint filed in this matter as

6    follows:

7    Ginger Root's alter ego claims asserted against PJH

8    Brands, Inc., an Arizona corporation, PJH Brands, a Nevada

9    corporation, and Stephen Renshaw in Ginger Root's First Amended

10   Cross-Complaint in L.A. County Superior Court Case No.

11   YC052715, and Ginger Root's alter ego claims asserted against

12   PJH Brands, Inc., an Arizona corporation in Ginger Root's

13   complaint in United States District Court for the Central

14   District of California Case No. CV07-05568 MMM(CTx), are assets

15   of APP's bankruptcy estate pursuant to 11 U.S.C. §541.

16   Dated: _June 26, 2009_

17

18                              _Robin Riblet_
                                ROBIN L. RIBLET
                                UNITED STATES BANKRUPTCY JUDGE
19

20

21

22

23

24

25

26

27

28

-2-

| In re:<br>Advanced Packaging & Products Company,<br><br>Debtor(s). | CHAPTER<br>7<br>CASE NUMBER ND 05-50026-RR |
|---|---|

## NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.
4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) SUMMARY JUDGMENT was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of June 26, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Susan S Davis   sdavis@coxcastle.com

- Franklyn S Michaelson   kim@msmlaw.com

- Joseph M. Sholder   joe@msmlaw.com

- United States Trustee (ND)   ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9021-1.1**

# ORIGINAL

1
MICHAELSON, SUSI & MICHAELSON
A Professional Corporation
2
ATTORNEYS AT LAW
SEVEN WEST FIGUEROA STREET, SECOND FLOOR
3
SANTA BARBARA, CALIFORNIA 93101-3191
Telephone: (805) 965-1011
4
Facsimile: (805) 965-7351

5
Jonathan G. Gura, Bar No. 214240

6
Attorneys for Chapter 7 Trustee, David Y. Farmer

7

(SPACE BELOW FOR FILING STAMP ONLY)

FILED
JUN 26 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

8

9
## UNITED STATES BANKRUPTCY COURT

10
## CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

11

12
In re                                    )   BK No. ND 08-11392-RR
                                         )
13
ADVANCED PACKAGING & PRODUCTS           )   Chapter 7
COMPANY,                                 )
                                         )   ADV. NO. 09-01021
14
                                         )
              Debtor.                    )   SUMMARY JUDGMENT
15                                       )
_____   )
16                                       )
DAVID Y. FARMER, Chapter 7              )   Date:  June 26, 2009
Trustee,                                 )   Time:  10:00 a.m.
17                                       )   Place: 1415 State Street
                                         )          Courtroom 201
18            Plaintiff,                  )          Santa Barbara, CA
                                         )
19
vs.                                      )
                                         )
20
GINGER ROOT OFFICE                      )
ASSOCIATES, LLC,                         )
21                                       )
                                         )
22            Defendant.                 )
                                         )
23                                       )
                                         )
24 _____ )

25

26

27

28



FILED
JUN 26 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk



ENTERED
6-22-2009
JUN 26 2009

- 1 -

1    Judgment is hereby entered in favor of Plaintiff, David Y.

2 Farmer (the "Trustee"), chapter 7 trustee of debtor Advanced

3 Packaging & Products Company ("APP"), and against Defendant

4 Ginger Root Office Associates, LLC ("Ginger Root") on the claim

5 for relief in the Trustee's complaint filed in this matter as

6 follows:

7    Ginger Root's alter ego claims asserted against PJH

8 Brands, Inc., an Arizona corporation, PJH Brands, a Nevada

9 corporation, and Stephen Renshaw in Ginger Root's First Amended

10 Cross-Complaint in L.A. County Superior Court Case No.

11 YC052715, and Ginger Root's alter ego claims asserted against

12 PJH Brands, Inc., an Arizona corporation in Ginger Root's

13 complaint in United States District Court for the Central

14 District of California Case No. CV07-05568 MMM(CTx), are assets

15 of APP's bankruptcy estate pursuant to 11 U.S.C. §541.

16 Dated:  June 26, 2009

17

18                          _Robin Riblet_
                           ROBIN L. RIBLET
19                         UNITED STATES BANKRUPTCY JUDGE

20

21

22

23

24

25

26

27

28

-2-

| In re:<br>Advanced Packaging & Products Company,<br><div align="right">Debtor(s).</div> | CHAPTER<br>7<br>CASE NUMBER ND 05-50026-RR |
|---|---|

## NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.
4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) SUMMARY JUDGMENT was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

## I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of June 26, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Susan S Davis   sdavis@coxcastle.com

- Franklyn S Michaelson   kim@msmlaw.com

- Joseph M. Sholder   joe@msmlaw.com

- United States Trustee (ND)   ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

## II. SERVED BY THE COURT VIA U.S. MAIL: A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

## III. TO BE SERVED BY THE LODGING PARTY: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9021-1.1**

## PROOF OF SERVICE AND CERTIFICATION

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, 28th Floor, Los Angeles, California 90067-3284.

On July 16, 2009, I served the foregoing document(s) described as **SUBMISSION OF TWO COPIES OF JUDGMENT ON APPEAL** on ALL INTERESTED PARTIES in this action by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

James G. Gura, Esq.
Michaelson, Susi & Michaelson
Seven West Figueroa Street, Second Floor
Santa Barbara, CA 93101-3191

On the above date:

☒ (BY ☐ U.S. MAIL/BY ☐ EXPRESS MAIL) The sealed envelope with postage thereon fully prepaid was placed for collection and mailing following ordinary business practices. I am aware that on motion of the party served, service is presumed invalid if the postage cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing set forth in this declaration. I am readily familiar with Cox, Castle & Nicholson LLP's practice for collection and processing of documents for mailing with the United States Postal Service and that the documents are deposited with the United States Postal Service the same day as the day of collection in the ordinary course of business.

☐ (BY FEDERAL EXPRESS OR OTHER OVERNIGHT SERVICE) I deposited the sealed envelope in a box or other facility regularly maintained by the express service carrier or delivered the sealed envelope to an authorized carrier or driver authorized by the express carrier to receive documents.

☐ (BY FACSIMILE TRANSMISSION) On _____, 2009, at _____ a.m./p.m. at Los Angeles, California, I served the above-referenced document on the above-stated addressee by facsimile transmission pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was (___) ___-____, and the telephone number of the receiving facsimile number was (___) ___-____. A transmission report was properly issued by the sending facsimile machine, and the transmission was reported as complete and without error. Copies of the facsimile transmission cover sheet and the transmission report are attached to this proof of service.

☐ (BY E-MAIL OR ELECTRONIC TRANSMISSION) - On _____, at _____ a.m./p.m. at Los Angeles, California, I served the above-referenced document by electronic mail to the e-mail address of the addressee(s) pursuant to Rule 2.260 of the California Rules of Court. The transmission was complete and without error and I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (BY PERSONAL DELIVERY) By causing a true copy of the within document(s) to be personally hand-delivered to the office(s) of the addressee(s) set forth above, on the date set forth above.

☐ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I hereby certify that the above document was printed on recycled paper. I declare under penalty of perjury that the foregoing is true and correct. Executed on July 16, 2009, at Los Angeles, California.

_____
Beverly Mikell

58611\1402798v1