SUSAN S. DAVIS (STATE BAR NO. 125854)
sdavis@coxcastle.com
COX, CASTLE & NICHOLSON LLP
2049 Century Park East
28th Floor
Los Angeles, CA 90067-3284
Telephone: (310) 277-4222
Facsimile: (310) 277-7889

Attorneys for Appellant
GINGER ROOT OFFICE ASSOCIATES, LLC

FILED
2009 JUL 17 AM 9:42
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY____

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

CV09-5045 GW

| | |
|---|---|
| In re<br><br>ADVANCED PACKAGING & PRODUCTS COMPANY,<br><br>           Debtor, | Case No. ND 08-11392-RR<br><br>CHAPTER 7<br><br>ADV. NO. 09-01021<br><br>**APPELLANT GINGER ROOT OFFICE ASSOCIATES, LLC'S STATEMENT OF ISSUES ON APPEAL** |
| DAVID Y. FARMER, Chapter 7 Trustee,<br><br>           Plaintiff,<br><br>vs.<br><br>GINGER ROOT OFFICE ASSOCIATES, LLC,<br><br>           Defendant. | |

Pursuant to Rule 8006 of the Federal Rule of Bankruptcy Procedure, Appellant GINGER ROOT OFFICE ASSOCIATES, LLC ("Appellant") hereby submits the following statement of issues on appeal:

      1.      Whether the bankruptcy court erred in holding that the particularized alter ego claims asserted by Appellant in the action pending in the United States District Court for the Central District of California, Case No. CV07-05568 (MMM) (CTx), which are based on specific injuries

suffered by Appellant, are generalized alter ego claims that are property of the bankruptcy estate of debtor Advanced Packaging & Products Company ("APP").

    2.    Whether the bankruptcy court erred in finding that the particularized alter ego claims asserted by Appellant in the action pending in the Superior Court of California, County of Los Angeles, as Case No. YC052715, which are based on specific injuries suffered by Appellant, are generalized alter ego claims that are property of the bankruptcy estate of APP.

DATED: July 9, 2009

Respectfully submitted,

COX, CASTLE & NICHOLSON LLP

By: _____
Susan S. Davis
Attorneys for Appellant Ginger Root Office Associates, LLC

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
LOS ANGELES, CA

58611\1403558v1

-2-

STATEMENT OF ISSUES ON APPEAL

## PROOF OF SERVICE AND CERTIFICATION

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, 28th Floor, Los Angeles, California 90067-3284.

On July 10, 2009, I served the foregoing document(s) described as **APPELLANT GINGER ROOT OFFICE ASSOCIATES, LLC'S STATEMENT OF ISSUES ON APPEAL** on ALL INTERESTED PARTIES in this action by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

James G. Gura, Esq.
Michaelson, Susi & Michaelson
Seven West Figueroa Street, Second Floor
Santa Barbara, CA 93101-3191

On the above date:

☐ (BY ☐ U.S. MAIL/BY ☐ EXPRESS MAIL) The sealed envelope with postage thereon fully prepaid was placed for collection and mailing following ordinary business practices. I am aware that on motion of the party served, service is presumed invalid if the postage cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing set forth in this declaration. I am readily familiar with Cox, Castle & Nicholson LLP's practice for collection and processing of documents for mailing with the United States Postal Service and that the documents are deposited with the United States Postal Service the same day as the day of collection in the ordinary course of business.

☒ (BY FEDERAL EXPRESS OR OTHER OVERNIGHT SERVICE) I deposited the sealed envelope in a box or other facility regularly maintained by the express service carrier or delivered the sealed envelope to an authorized carrier or driver authorized by the express carrier to receive documents.

☐ (BY FACSIMILE TRANSMISSION) On _____, 2009, at _____ a.m./p.m. at Los Angeles, California, I served the above-referenced document on the above-stated addressee by facsimile transmission pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was (___) ___-____, and the telephone number of the receiving facsimile number was (___) ___-____. A transmission report was properly issued by the sending facsimile machine, and the transmission was reported as complete and without error. Copies of the facsimile transmission cover sheet and the transmission report are attached to this proof of service.

☐ (BY E-MAIL OR ELECTRONIC TRANSMISSION) - On _____, at _____ a.m./p.m. at Los Angeles, California, I served the above-referenced document by electronic mail to the e-mail address of the addressee(s) pursuant to Rule 2.260 of the California Rules of Court. The transmission was complete and without error and I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (BY PERSONAL DELIVERY) By causing a true copy of the within document(s) to be personally hand-delivered to the office(s) of the addressee(s) set forth above, on the date set forth above.

☐ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I hereby certify that the above document was printed on recycled paper. I declare under penalty of perjury that the foregoing is true and correct. Executed on July 10, 2009, at Los Angeles, California.

*Beverly Mikell*
Beverly Mikell

58611\1402798v1