SUSAN S. DAVIS (STATE BAR NO. 125854)
sdavis@coxcastle.com
COX, CASTLE & NICHOLSON LLP
2049 Century Park East
28th Floor
Los Angeles, CA 90067-3284
Telephone: (310) 277-4222
Facsimile: (310) 277-7889

Attorneys for Appellant
GINGER ROOT OFFICE ASSOCIATES, LLC

FILED
2009 JUL 17 AM 9:42
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

CV09-5045 GW

| | |
|---|---|
| In re | Case No. ND 08-11392-RR |
| ADVANCED PACKAGING & PRODUCTS COMPANY, | CHAPTER 7 |
| Debtor, | ADV. NO. 09-01021 |
| | APPELLANT GINGER ROOT OFFICE ASSOCIATES, LLC'S DESIGNATION OF RECORD ON APPEAL |
| DAVID Y. FARMER, Chapter 7 Trustee, | |
| Plaintiff, | |
| vs. | |
| GINGER ROOT OFFICE ASSOCIATES, LLC, | |
| Defendant. | |

Appellant GINGER ROOT OFFICE ASSOCIATES, LLC ("Appellant") hereby designates the following documents for inclusion in the record on appeal:

| Pleading | Docket No. | Dated Filed |
|---|---|---|
| 1. Complaint for Declaratory Relief (David Y. Farmer) | 1 | 02/03/09 |
| 2. Summons and Notice of Status Conference (David Y. Farmer) | 3 | 02/10/09 |

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
LOS ANGELES, CA

58611\1403480v2
- 1 -
DESIGNATION OF RECORDS ON APPEAL

| | | | |
|---|---|---|---|
| 3. | Plaintiff David Y. Farmer's Motion for Summary Judgment; Memorandum of Points and Authorities; Declarations of Joseph M. Sholder and Georgiana G. Rodiger | 4 | 02/26/09 |
| 4. | Proposed Statement of Uncontroverted Facts and Conclusions of Law in Support of Motion for Summary Judgment (David Y. Farmer) | 5 | 02/26/09 |
| 5. | Order Setting Hearing Re Motion for Summary Judgment | 6 | 02/27/09 |
| 6. | Answer to Complaint for Declaratory Relief (Ginger Root Office Associates, LLC) | 8 | 03/12/09 |
| 7. | Stipulation to Continue Response and Hearing Dates in Connection with Motion for Summary Judgment | 9 | 03/19/09 |
| 8. | Opposition to Motion for Summary Judgment; Memorandum of Points and Authorities in Support Thereof (Ginger Root Office Associates, LLC) | 10 | 03/23/09 |
| 9. | Ginger Root's (1) Response to the Trustee's Separate Statement of Uncontroverted Facts and Conclusions of Law; and (2) Statement of Genuine Issues of Fact and Conclusions of Law (Ginger Root Office Associates, LLC) | 11 | 03/23/09 |
| 10. | Declaration of Allison M. Lynch in Support of Ginger Root's Opposition to Motion for Summary Judgment (Ginger Root Office Associates, LLC) | 12 | 03/23/09 |
| 11. | Declaration of Keith B. Walker in Support of Ginger Root's Opposition to the Motion for Summary Judgment (Ginger Root Office Associates, LLC) | 13 | 03/23/09 |
| 12. | Ginger Root Office Associates, LLC's Cross-Motion for Summary Judgment; Memorandum of Points and Authorities In Support Thereof | 15 | 03/30/09 |
| 13. | Declaration of Keith B. Walker in Support of Ginger Root Associates, LLC's Cross-Motion for Summary Judgment (Ginger Root Office Associates, LLC) | 16 | 03/30/09 |
| 14. | Declaration of Allison M. Lynch in Support of Ginger Root Office Associates, LLC's Cross-Motion for Summary Judgment (Ginger Root Office Associates, LLC) | 17 | 03/30/09 |

| | | | |
|---|---|---|---|
| 15. | Ginger Root Office Associates, LLC's Proposed Separate Statement of Uncontroverted Statement of Uncontroverted Facts and Conclusions of Law in Support of Cross-Motion for Summary Judgment (Ginger Root Office Associates, LLC) | 18 | 03/30/09 |
| 16. | Plaintiff David Y. Farmer's Reply Memorandum of Points and Authorities in Support of Motion for Summary Judgment (David Y. Farmer) | 19 | 04/02/09 |
| 17. | Order Approving Stipulation and Setting Hearing Re Plaintiff's Motion for Summary Judgment (Ginger Root Office Associates, LLC) | 20 | 04/02/09 |
| 18. | Plaintiff David Y. Farmers's Opposition to Defendant's Motion for Summary Judgment | 23 | 05/28/09 |
| 19. | Plaintiff David Y. Farmer's Statement of Genuine Issues | 24 | 05/28/09 |
| 20. | Ginger Root Office Associates, LLC's Reply in Support of Motion for Summary Judgment | 25 | 06/12/09 |
| 21. | Summary Judgment | 26 | 06/26/09 |
| 22. | Notice of Appeal from Summary Judgment | 28 | 07/02/09 |
| 23. | Statement of Election to Have Appeal Transferred to and Heard by the United States District Court Pursuant to 28 U.S.C. § 158(c) Re Notice of Appeal from Summary Judgment | 29 | 07/02/09 |
| 24. | Notice of Related Case | 30 | 07/02/09 |
| 25. | Notice of Referral of Appeal to U.S. District Court, Central District of California | 31 | 07/09/09 |

DATED: July 9, 2009

Respectfully submitted,

COX, CASTLE & NICHOLSON LLP

By: _____
Susan S. Davis
Attorneys for Appellant Ginger Root Office Associates, LLC

## PROOF OF SERVICE AND CERTIFICATION

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, 28th Floor, Los Angeles, California 90067-3284.

On July 10, 2009, I served the foregoing document(s) described as **APPELLANT GINGER ROOT OFFICE ASSOCIATES, LLC'S DESIGNATION OF RECORD ON APPEAL** on ALL INTERESTED PARTIES in this action by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

James G. Gura, Esq.
Michaelson, Susi & Michaelson
Seven West Figueroa Street, Second Floor
Santa Barbara, CA 93101-3191

On the above date:

☐ (BY ☐ U.S. MAIL/BY ☐ EXPRESS MAIL) The sealed envelope with postage thereon fully prepaid was placed for collection and mailing following ordinary business practices. I am aware that on motion of the party served, service is presumed invalid if the postage cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing set forth in this declaration. I am readily familiar with Cox, Castle & Nicholson LLP's practice for collection and processing of documents for mailing with the United States Postal Service and that the documents are deposited with the United States Postal Service the same day as the day of collection in the ordinary course of business.

☒ (BY FEDERAL EXPRESS OR OTHER OVERNIGHT SERVICE) I deposited the sealed envelope in a box or other facility regularly maintained by the express service carrier or delivered the sealed envelope to an authorized carrier or driver authorized by the express carrier to receive documents.

☐ (BY FACSIMILE TRANSMISSION) On _____, 2009, at _____ a.m./p.m. at Los Angeles, California, I served the above-referenced document on the above-stated addressee by facsimile transmission pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was (___) ___-____, and the telephone number of the receiving facsimile number was (___) ___-____. A transmission report was properly issued by the sending facsimile machine, and the transmission was reported as complete and without error. Copies of the facsimile transmission cover sheet and the transmission report are attached to this proof of service.

☐ (BY E-MAIL OR ELECTRONIC TRANSMISSION) - On _____, at _____ a.m./p.m. at Los Angeles, California, I served the above-referenced document by electronic mail to the e-mail address of the addressee(s) pursuant to Rule 2.260 of the California Rules of Court. The transmission was complete and without error and I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (BY PERSONAL DELIVERY) By causing a true copy of the within document(s) to be personally hand-delivered to the office(s) of the addressee(s) set forth above, on the date set forth above.

☐ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I hereby certify that the above document was printed on recycled paper. I declare under penalty of perjury that the foregoing is true and correct. Executed on July 10, 2009, at Los Angeles, California.

_____
Beverly Mikell

58611\1402798v1