# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Advanced Packaging & Products Company<br>Debtor(s). | U.S.D.C. CASE NO.: CV09-5045 GW<br>CASE NO.: ND08-11392-RR<br>ADVERSARY NO.: 09-01021<br>REFERENCE NO.: |
|---|---|
| David Y. Farmer, Chapter 7 Trustee,<br><br>Plaintiff(s),<br>vs.<br><br>Ginger Root Office Associates, LLC.<br>Defendant(s) | CERTIFICATE OF READINESS<br>AND COMPLETION OF RECORD<br><br>FILED<br>AUG 11 2009<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: Deputy Clerk |

**TO:** CLERK OF THE U. S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA AND TO COUNSEL OF RECORD FOR THE PARTIES AS FOLLOWS:

[✓] United States District Court
U. S. Courthouse, Rm. G-8
312 North Spring Street
Los Angeles, CA 90012-4701

[ ] United States District Court
411 West Fourth Street
Room 1053
Santa Ana, CA 92701-4516

[ ] United States District Court
3470 Twelfth Street
Room 134
Riverside, CA 92501

**ATTORNEY OF RECORD FOR APPELLANT:**

Susan S Davis, Esq.
Cox, Castle & Nicholson LLP
2049 Century Park East, 28th Floor
Los Angeles, CA 90067-3284

**ATTORNEY OF RECORD FOR APPELLEE:**

James G. Gura, Esq.
Michaelson, Susi & Michaelson
7 W Figueroa Steet, 2nd Floor
Santa Barbara, CA 93101-3191

The undersigned Deputy Clerk of the U. S. Bankruptcy Court hereby certifies that the record on appeal is complete and the case is ready for the U. S. District court to set briefing schedules and hearing dates. The Statement of Issues previously filed with this Court and a complete copy of the docket are attached.

The status of the transcripts is as follows:

[✓] All transcripts requested by either the Appellant, Appellee, or both, have been filed with this Court.
[ ] No transcripts were requested by either Appellant or Appellee.

I hereby certify that a copy of this Certificate was mailed to the above-listed attorneys on this date.

**DATED:** 8/11/09

JON D. CERETTO
Clerk of Court

By: _Meredith Klassen_
Deputy Clerk

---

**CERTIFICATE OF READINESS - USDC**

APPEALS: CR-USDC (Revised format 5/02)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

## APPEAL SERVICE LIST

[ ] NOTICE OF REFERRAL OF APPEAL
[✓] CERTIFICATE OF READINESS AND COMPLETION OF RECORD

CASE NO.: ND08-11392RR          ADVERSARY NO.: AD09-01021RR

---

[ ] BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
Office of the Clerk
United States Court of Appeals Building
125 South Grand Avenue
Pasadena, CA 91105-1510

[✓] U. S. DISTRICT COURT
Central District of California, Western Division
Civil Intake, Room G-19
312 North Spring Street
Los Angeles, CA 90012-4701

[ ] U. S. DISTRICT COURT
Central District of California, Southern Division
411 West Fourth Street
Room 1053
Santa Ana, CA 92701-4516

[ ] U. S. DISTRICT COURT
Central District of California, Eastern Division
3470 Twelfth Street
Riverside, CA 92501

[ ] Peter Anderson
OFFICE OF THE U. S. TRUSTEE
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017

[ ] Frank Cadigan
OFFICE OF THE U. S. TRUSTEE
411 West Fourth Street, Room 9041
Santa Ana, CA 92701

[ ] OFFICE OF THE U.S. TRUSTEE
3685 Main Street, Suite 300
Riverside, CA 92501

[✓] Jennifer Braun
OFFICE OF THE U. S. TRUSTEE
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

---

INDICATE BELOW NAMES AND ADDRESSES OF PARTIES LISTED IN THE APPEAL:

Please see attached list.

---

APPEALS: SERVLIST (Revised 06/09)          **APPEAL SERVICE LIST**

**DAVID Y FARMER**
1254 Marsh Street
San Luis Obispo, CA 93401

**James G Gura, Esq**
Michaelson, Susi & Michaelson
7 W Figueroa Steet, 2nd Floor
Santa Barbara, CA 93101-3191

**Ginger Root Office Associates LLC**
c/o Susan S Davis Esq
Cox Castle & Nicholson LLP
2049 Century Park East Suite 2800
Los Angeles, CA 90067