SUSAN S. DAVIS (STATE BAR NO. 125854)
sdavis@coxcastle.com
COX, CASTLE & NICHOLSON LLP
2049 Century Park East
28th Floor
Los Angeles, CA 90067-3284
Telephone: (310) 277-4222
Facsimile: (310) 277-7889

Attorneys for Appellant
GINGER ROOT OFFICE ASSOCIATES, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ADVANCED PACKAGING & PRODUCTS COMPANY,<br><br>Debtor. | District Court Case No: CV09-5045 MMM<br><br>Bankruptcy Court Case No.:<br>ND 08-11392-RR<br><br>CHAPTER 7<br><br>ADV. NO. 09-01021<br><br>**COMPLIANCE WITH NINTH CIRCUIT RULE 28-2.9** |
| GINGER ROOT OFFICE ASSOCIATES, LLC,<br><br>Appellant,<br><br>vs.<br><br>DAVID Y. FARMER, Chapter 7 Trustee,<br><br>Appellee. | |

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
LOS ANGELES, CA

58611\1425246v1

- 1 -

COMPLIANCE WITH NINTH
CIRCUIT RULE 28-2.9

1  Pursuant to Ninth Circuit Rule 28-2.9, the name, address and court of the bankruptcy
2  judge initially ruling on the above-referenced matter on appeal is:
3      Hon. Robin Riblet
4      United States Bankruptcy Court - Central District of California, Northern Division
5      1415 State Street
6      Santa Barbara, CA 93101
7
8  DATED: September 1, 2009      Respectfully submitted,
9      COX, CASTLE & NICHOLSON LLP
10
11     By: _____
12     Susan S. Davis
    Attorneys for Appellant GINGER ROOT OFFICE
13     ASSOCIATES, LLC

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
LOS ANGELES, CA

58611\1425246v1

- 2 -

COMPLIANCE WITH NINTH
CIRCUIT RULE 28-2.9

## PROOF OF SERVICE AND CERTIFICATION

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, 28th Floor, Los Angeles, California 90067-3284.

☐ (FOR MESSENGER) My business address is Nationwide Legal, 316 West 2nd Street, Suite 705, Los Angeles, CA 90012.

On **September 1, 2009**, I served the foregoing document(s) described as **COMPLIANCE WITH NINTH CIRCUIT RULE 29-2.9** on ALL INTERESTED PARTIES in this action by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

On the above date:

☐ (BY ☐ U.S. MAIL/BY ☐ EXPRESS MAIL) The sealed envelope with postage thereon fully prepaid was placed for collection and mailing following ordinary business practices. I am aware that on motion of the party served, service is presumed invalid if the postage cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing set forth in this declaration. I am readily familiar with Cox, Castle & Nicholson LLP's practice for collection and processing of documents for mailing with the United States Postal Service and that the documents are deposited with the United States Postal Service the same day as the day of collection in the ordinary course of business.

☒ (BY FEDERAL EXPRESS OR OTHER OVERNIGHT SERVICE) I deposited the sealed envelope in a box or other facility regularly maintained by the express service carrier or delivered the sealed envelope to an authorized carrier or driver authorized by the express carrier to receive documents.

☐ (BY FACSIMILE TRANSMISSION) On December __, 2008, at _____ a.m./p.m. at Los Angeles, California, I served the above-referenced document on the above-stated addressee by facsimile transmission pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was (___) ___-____, and the telephone number of the receiving facsimile number was (___) ___-____. A transmission report was properly issued by the sending facsimile machine, and the transmission was reported as complete and without error. Copies of the facsimile transmission cover sheet and the transmission report are attached to this proof of service.

☐ (BY E-MAIL OR ELECTRONIC TRANSMISSION) - On _____, at _____ a.m./p.m. at Los Angeles, California, I served the above-referenced document by electronic mail to the e-mail address of the addressee(s) pursuant to Rule 2.260 of the California Rules of Court. The transmission was complete and without error and I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (BY PERSONAL DELIVERY) By causing a true copy of the within document(s) to be personally hand-delivered to the office(s) of the addressee(s) set forth above, on the date set forth above.

☐ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I hereby certify that the above document was printed on recycled paper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 1, 2009**, at Los Angeles, California.

_____
Beverly Mikell

**SERVICE LIST**
*Ginger Root Office Associates, LLC v. David Y. Farmer, Chapter 7 Trustee*
District Court Case Number CV 09-05045-MMM

<u>U.S. Trustee</u>
United States Trustee
Northern Division
1415 State Street
Santa Barbara, CA 93101-2511

<u>Attorney for Appellee</u>
Jonathan G. Gura, Esq.
Michaelson, Susi & Michaelson
Seven West Figueroa Street, Second Floor
Santa Barbara, CA 93101-3191

United States District Court
U.S. Courthouse, Rm. G-8
312 North Spring Street
Los Angeles, CA 90012-4701